(113 So. 916)

Cliff DOGGETT v. STATE. (1 Div. 759.) Court of Appeals of Alabama. June 21, 1927.

Saffold Berney, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(116 So. 924)

W. L. DOLLAR v. STATE. (7 Div. 435.) Court of Appeals of Alabama. April 3, 1928. Rehearing Denied May 8, 1928.

Woodson J. Martin, Judge. Violating the prohibition law. Frank B. Embry, of Pell City, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The first proposition insisted upon by appellant is that the evidence adduced upon the trial of this case is insufficient to sustain a conviction. To this we do not and cannot accord. This court is clearly of the opinion that a jury question was presented by the evidence in this case. It would serve no good purpose to recite this evidence in detail, and we refrain therefrom. As stated, in the opinion of this court, the numerous incriminating facts and circumstances disclosed by the evidence of several witnesses made the question of the guilt or innocence of the accused one for the jury to determine. The second proposition, to the effect that "the judgment of conviction is void, as there is nothing in the record to show how the circuit court acquired jurisdiction," is also untenable and cannot be sustained. The case of Ex parte State ex rel. Attorney General, in re McLosky v. State, 210 Ala. 458, 98 So. 708, is conclusive of this proposition. Each insistence of appellant in this connection is decided adversely to his contention in said case. We find no error of a reversible nature upon the trial of this case. The judgment of conviction is therefore affirmed. Affirmed.

(114 So. 921)

Edward H. DORGAN v. STATE. (1 Div. 736.) Court of Appeals of Alabama. Nov. 29, 1927.

Saffold Berney, Judge.

SAMFORD, J. Affirmed.

(114 So. 921)

G. C. DOWNEY v. STATE. (6 Div. 220.) Court of Appeals of Alabama. Dec. 13, 1927.

H. P. Heflin, Judge.

RICE, J. Affirmed.

(115 So. 923)

Hamp DRAPER, Associate Member, State Board of Administration, v. Claude LINDSEY. (3 Div. 587.) Court of Appeals of Alabama, Dec. 8, 1927. Rehearing Denied Jan. 17, 1928.

Leon McCord, Judge.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for appellant. Arthur B. Chilton, of Montgomery, for appellee.

SAMFORD, J. Reversed and remanded, on authority of Fuller v. State, 122 Ala. 32, 26 So. 146, 45 L. R. A. 502, 82 Am. St. Rep. 1.

(114 So. 921)

Lester DU BOSE v. STATE. (4 Div. 317.) Court of Appeals of Alabama. Nov. 15, 1927.

A. D. Pitts, Special Judge.

RICE, J. Appeal dismissed.

(114 So. 921)

Hubert DUKE v. STATE. (5 Div. 690.) Court of Appeals of Alabama. Dec. 20, 1927.

George F. Smoot, Judge.

SAMFORD, J. Affirmed.

(118 So. 923)

Willie Rudolph DYKES v. STATE. (1 Div. 821.) Court of Appeals of Alabama. Oct. 9, 1928.

Saffold Berney, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant. See, also, ante, p. 364, 115 So. 767.

(112 So. 921)

Ex parte Bill EASON. (5 Div. 674.) Court of Appeals of Alabama. May 19, 1927.

PER CURIAM. Petition dismissed.

(113 So. 916)

Ex parte Bill EASON. (5 Div. 674.) Court of Appeals of Alabama. Aug. 2, 1927.

J. M. Williams, Jr., of Montgomery, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition dismissed.

(118 So. 923)

Joe EASTERLING v. STATE. (5 Div. 704.) Court of Appeals of Alabama. May 22, 1928. Rehearing Denied June 19, 1928.

George F. Smoot, Judge.

G. C. Walker, of Clanton, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Affirmed on authority of Mims v. State (5 Div. 702) ante, p. 451, 116 So. 803.